1
2
3
4
5
6
7
8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THON NGOT SANG,                        1:05-CV-0628 OWW SMS HC

12                Petitioner,

13        vs.                               ORDER GRANTING MOTION TO
                                            PROCEED IN FORMA PAUPERIS
14   PEOPLE OF THE STATE OF
15   CALIFORNIA,                            (DOCUMENT #4)

16                Respondent.
     _____/
17
          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to
18
     28 U.S.C. § 2254.
19
          Petitioner has filed an application to proceed in forma pauperis and a certified copy of
20
     petitioner's prison trust account statement.   Examination of these documents reveals that petitioner
21
     is unable to afford the costs of this action.  Accordingly, the motion to proceed in forma pauperis is
22
     GRANTED.  See 28 U.S.C. § 1915.
23
     IT IS SO ORDERED.
24
     **Dated:    July 28, 2005**              _____**/s/ Sandra M. Snyder**_____
25   23ehd0                                   UNITED STATES MAGISTRATE JUDGE

26
27
28